IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARKER ROSHOLT & SIMPSON, LLP,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>and<br><br>JEFFREY A. STROTHER, an individual,<br><br>Defendants. | Case No. 1:12 -cv-00047-BLW<br><br>**ORDER** |

Pursuant to the stipulation of the parties filed on May 10, 2012, and finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation [15] as corrected by the Errata [16] is APPROVED.

IT IS FURTHER ORDERED, that the $20,000.00 received from the Ada County District Court on April 17, 2012, shall be disbursed as follows: $12,500.00 to Jeffrey A. Strother and $7,500.00 to the U.S. Treasury.  The clerk of court is directed to send the $12,500.00 payable to Strother to:

    Strother Law Office
    200 N. Fourth St., Ste. 30
    Boise, Idaho 83702

The clerk of court of court is ordered to send the $7,500.00 payable to the U.S. Treasury to:

    Landon Yost
    U.S. Dept. of Justice
    P.O. Box 683
    Ben Franklin Station
    Washington, D.C. 20044

ORDER - 1

IT IS FURTHER ORDERED, that upon the disbursement and transmittal of the money pursuant to this order, the Clerk shall close this case.



DATED: **May 14, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court

ORDER - 1