## IN THE UNITED STATES DISTRICT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARKER ROSHOLT & SIMPSON, LLP, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES INTERNAL REVENUE SERVICE, <br><br> and <br><br> JEFFREY A. STROTHER, an individual, <br><br> Defendants. | Case No. 1:12 -cv-00047-BLW <br><br><br> **ORDER** |

Pursuant to the stipulation of the parties filed on May 10, 2012, and finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation [15] as corrected by the Errata [16] is APPROVED.

IT IS FURTHER ORDERED, that the $20,000.00 received from the Ada County District Court on April 17, 2012, shall be disbursed as follows: $12,500.00 to Jeffrey A. Strother and $7,500.00 to the U.S. Treasury. The clerk of court is directed to send the $12,500.00 payable to Strother to:

> Strother Law Office
> 200 N. Fourth St., Ste. 30
> Boise, Idaho 83702

The clerk of court of court is ordered to send the $7,500.00 payable to the U.S. Treasury to:

> Landon Yost
> U.S. Dept. of Justice
> P.O. Box 683
> Ben Franklin Station
> Washington, D.C. 20044

ORDER - 1

IT IS FURTHER ORDERED, that upon the disbursement and transmittal of the money pursuant to this order, the Clerk shall close this case.



DATED: **May 14, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court

ORDER - 1